IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCOTTY SANTOS DIAZ,

      Plaintiff,

v.                                     CASE NO. 5:16-cv-318-WTH-GRJ

CENTURION OF FLA., LLC, et al.

      Defendants.

_____/

## REPORT AND RECOMMENDATION

This case is before the Court on motions to dismiss Plaintiff's *pro se* Second Amended Complaint filed by Defendants Brock (ECF No. 51) and Tinsley (ECF No. 73).  Plaintiff's claims in this case stem from the treatment he has received for a serious medical condition while in the custody of the Department of Corrections, primary open-angle glaucoma. He initiated this case as a *pro se* litigant.  *See* ECF No. 1.  Plaintiff is now represented by counsel, and the undersigned recently granted counsel's motion to file a Third Amended Complaint.  The Third Amended Complaint is now the operative pleading in this case.

The Third Amended Complaint asserts claims against the following Defendants: Centurion of Florida, LLC, Dr. Hernandez-Perez, Beverly Bottoms, Dr. Jason Brenes-Catinchi, and Bobbie L. Cannon.  The following

Defendants who were named in the Second Amended Complaint are *not* identified as Defendants in the body of the operative Third Amended Complaint:  Assistant Warden Gwen Brock, Ms. Tinsley, and Health Service Administrator A Oaks.  Third Amended Complaint at 3-4.  A Oaks has not been served, and has been terminated as a Defendant by separate order.

Because Brock and Tinsley are no longer named as Defendants in the operative Third Amended Complaint, they are due to be dismissed from this case.  It is therefore respectfully **RECOMMENDED** that their motions to dismiss, ECF Nos. 51 and 73, should be **GRANTED** as unopposed.

**IN CHAMBERS** this 1st day of August 2018.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**