IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SCOTTY SANTOS DIAZ,**

    **Plaintiff,**

v.                                       Case No. 5:16cv318-MW/GRJ

**CENTURION OF FLA., LLC,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 89. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Motions to Dismiss of Defendant Gwen Brock, ECF No. 51, and the Renewed Motion to Dismiss of Defendant Ms. Tinsley, ECF No. 73, are **GRANTED** as unopposed. This case is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on November 6, 2018.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**